# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

RE: Thomas R & Wanda Curtis  
SSN    xxx-xx-9605, xxx-xx-6879

CASE NUMBER  
22-80520-CRJ-7

DEBTOR(S)

## NOTICE OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

**COME NOW** the Debtors and move the Court for leave to convert from Chapter 7 to Chapter 13, and state:

This case was filed under Chapter 7. After reviewing the assets and liabilities, and after consulting with counsel, the Debtors believe it to be in their best interests to proceed under Chapter 13.

_Thomas R Curtis_  
Debtor

_Wanda Curtis_  
Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice upon the case Trustee, either by placing a copy of the same in the United States Mail, via facsimile, or electronic mail on the 4th day of April, 2022.

_John Zingarelli_, Attorney for Debtor(s)  
PO Box 2145  
Decatur, AL 35602  
(256) 350-1264  
Fax: (256) 350-2010